AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Lawrence Amirto, | )   Case No. 11-mj-4267-TSH |
| Jamon Caswell, and | ) |
| William Totaro | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___June 2010 to December 2010___ in the county of _____Middlesex_____ in the

_____ District of ___Massachusetts___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 1341 | Mail fraud |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

U.S. Postal Inspector Frederick T. Busch
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __9/15/11__

_____
*Judge's signature*

City and state: _____Boston, MA_____

Timothy S. Hillman, U.S. Magistrate Judge
*Printed name and title*