UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 11-cr-10342-WGY |
| | ) | |
| LAWRENCE AMIRTO, | ) | |
| JAMON CASWELL, and | ) | |
| WILLIAM TOTARO, | ) | |
|     Defendants | ) | |

## JOINT MOTION TO CONTINUE SENTENCING DATE

The United States and defendant Jamon Caswell, through undersigned counsel, hereby respectfully move this Court to continue the sentencing hearing in this matter from January 9, 2013 to a date after February 18, 2013. As grounds therefore, the parties submit that defendant Caswell has entered into a plea agreement which provides for cooperation at trial. Trial in this matter was recently rescheduled for February 4, 2013.

Respectfully Submitted,

CARMEN M. ORTIZ

By: /s/Kristina E. Barclay
Kristina E. Barclay
Assistant U.S. Attorney

JAMON CASWELL

By: /s/Charles Clifford
Charles Clifford, Esq.

Dated: November 26, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

Dated: November 26, 2012             /s/Kristina E. Barclay
                                      Kristina E. Barclay